Opinion filed August 21, 2015



In The

# Eleventh Court of Appeals

_____

## Nos. 11-15-00180-CR, 11-15-00181-CR, & 11-15-00182-CR

_____

## GARRY LON BROWNLEE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 220th District Court**

**Comanche County, Texas**

**Trial Court Cause Nos. CCCR-07-03016, CCCR-07-03017,
& CCCR-07-03018**

## M E M O R A N D U M   O P I N I O N

In each cause, Garry Lon Brownlee has filed a pro se notice of appeal and a motion for an out-of-time notice of appeal. We dismiss these appeals for want of jurisdiction.

Brownlee seeks to appeal the findings of fact and conclusions of law that were entered by the trial court with respect to Brownlee's applications for writ of

habeas corpus, which were filed pursuant to Article 11.07 of the Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015). We note that the trial court entered the findings and conclusions on March 13, 2015, and that the Court of Criminal Appeals denied Brownlee's applications on May 13, 2015, without a written order. The substance of the relief sought by Appellant is postconviction relief from a final felony conviction—relief for which the habeas corpus procedure set out in Article 11.07 of the Code of Criminal Procedure provides the exclusive remedy. *See id.* Article 11.07 vests complete jurisdiction for such relief in the Texas Court of Criminal Appeals. *Id.* art. 11.07, §§ 3, 5; *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 484 (Tex. Crim. App. 1995); *Hoang v. State*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993); *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991). We have no jurisdiction to grant Brownlee's motions or entertain his appeals.

Accordingly, we deny each of Brownlee's motions for an out-of-time notice of appeal and dismiss these appeals for want of jurisdiction.

PER CURIAM

August 21, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.